SEXTON et al v. MENU FOODS INCOME FUND et al    Doc. 2
CM/ECF - California Central District - Docket Report
Case 1:07-cv-04093-NLH-AMD    Document 2    Filed 08/27/2007    Page 1 of 3

(AJWx), CLOSED, DISCOVERY, STAYED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
(Western Division - Los Angeles)
CIVIL DOCKET FOR CASE #: 2:07-cv-01958-GHK-AJW
Internal Use Only

Shirley Sexton v. Menu Foods Income Fund et al
Assigned to: Judge George H. King
Referred to: Magistrate Judge Andrew J. Wistrich
Demand: $5,000,000
Member cases:
   2:07-cv-01987-GHK-AJW
   2:07-cv-02060-GHK-AJW
   2:07-cv-02476-GHK-AJW
   2:07-cv-02253-GHK-AJW
Related Cases: 5:07-cv-00398-GHK-AJW
                2:07-cv-02964-GHK-AJW
Cause: 28:1332 Diversity-Property Damage

Date Filed: 03/26/2007
Date Terminated: 08/14/2007
Jury Demand: Plaintiff
Nature of Suit: 385 Prop. Damage Prod. Liability
Jurisdiction: Diversity

## Plaintiff

**Shirley Sexton**
*on behalf of herself and all others similarly situated*

represented by **Mark J Tamblyn**
Wexler Toriseva Wallace
1610 Arden Way, Suite 290
Sacramento, CA 95815
916-568-1100
Email: mjt@wtwlaw.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart Talley**
Kershaw Cutter Ratinoff & York
980 9th St, 19th Fl
Sacramento, CA 95814
916-448-9800
Fax: 916-669-4499
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*



V.

## Defendant

**Menu Foods Income Fund**

## Defendant

**Menu Foods Inc**
*a New Jersey corporation*

**Defendant**

**Menu Foods Midwest Corporation**
*a Delaware corporation*

**Defendant**

**SuzhouTextile Import and Export Company**

**Defendant**

**Xuzhou Anying Biologic Technology Development Company Ltd**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/26/2007 | 1 | COMPLAINT against defendants Menu Foods Income Fund, Menu Foods Inc, Menu Foods Midwest Corporation.(Filing fee $ 350 Paid) Jury Demanded. , filed by plaintiff Shirley Sexton.(rrey, ) (Entered: 03/29/2007) |
| 03/26/2007 |  | 20 Day Summons Issued re Complaint - (Discovery)[1] as to Menu Foods Income Fund, Menu Foods Inc, Menu Foods Midwest Corporation. (rrey, ) (Entered: 03/29/2007) |
| 03/26/2007 | 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Plaintiff Shirley Sexton. (rrey, ) (Entered: 03/29/2007) |
| 03/26/2007 |  | FAX number for Attorney Mark J Tamblyn is 916-568-7890. (rrey, ) (Entered: 03/29/2007) |
| 03/28/2007 | 3 | ORDER RE CASE MANAGEMENT by Judge George H. King. READ IMMEDIATELY. The court fully adheres to Rule 1 of the Federal Rules of Civil Procedure, which requires that the Rules be "construed to secure the just, speedy and inexpensive determination of every action" Counsel shall also be guided by the following special requirements (herein). (pbap, ) (Entered: 03/30/2007) |
| 04/03/2007 | 4 | FIRST AMENDED COMPLAINT against defendants Suzhou Textile Import and Export Company, Xuzhou Anying Biologic Technology Development Company Ltd, Menu Foods Income Fund, Menu Foods Inc, Menu Foods Midwest Corporation amending Complaint - (Discovery)[1] ,filed by plaintiff Shirley Sexton (pbap, ) (Entered: 04/09/2007) |
| 04/03/2007 |  | DEMAND for Jury Trial filed by plaintiff Shirley Sexton. (pbap, ) (Entered: 04/09/2007) |
| 04/11/2007 | 5 | PROOF OF SERVICE OF SUMMONS AND COMPLAINT Executed by plaintiff Shirley Sexton, upon Menu Foods Inc served on 3/28/2007, answer due 4/17/2007. The Summons and Complaint were served by |

| | | |
|---|---|---|
| | | personal service, by State statute, upon Marge Phillips, Managing Agent. Due Dilligence declaration not attached. Original Summons not returned. (pbap, ) (Entered: 04/13/2007) |
| 04/11/2007 | 6 | PROOF OF SERVICE OF SUMMONS AND COMPLAINT Executed by plaintiff Shirley Sexton, upon Menu Foods Midwest Corporation served on 3/28/2007, answer due 4/17/2007. The Summons and Complaint were served by personal service, by Federal statute, upon Scott Lascala. Due Dilligence declaration not attached. Original Summons not returned. (pbap, ) (Entered: 04/13/2007) |
| 04/25/2007 | 7 | STIPULATION AND ORDER STAYING ALL PROCEEDINGS AND FOR PRESERVATION OF EVIDENCE by Judge George H. King PURSUANT TO THE STIPULATION, IT IS SO ORDERED. (shb, ) (Entered: 04/27/2007) |
| 04/25/2007 | | PLACED IN FILE - NOT USED re Stipulation and [Proposed] Order staying all proceedings and for preservation of evidence submitted by Defendants and Plaintiff SuzhouTextile Import and Export Company, Xuzhou Anying Biologic Technology Development Company Ltd, Shirley Sexton, Menu Foods Income Fund, Menu Foods Inc, Menu Foods Midwest Corporation. (ct) (Entered: 05/15/2007) |
| 06/21/2007 | 8 | NOTICE of Entry of Transfer Order by the Judicial Panel on Multidistrict Litigation filed by plaintiff Shirley Sexton. (bg) (Entered: 07/07/2007) |
| 06/27/2007 | 9 | NOTICE of Transfer Order Issued by the Judicial Panel on Multidistrict Litigation, filed by Defendants Menu Foods Income Fund, Menu Foods Inc, Menu Foods Midwest Corporation. (yca) (Entered: 07/13/2007) |
| 07/20/2007 | 10 | NOTICE of conditional transfer order of tag-along cases issued by the judicial panel on multidistrict litigation; filed by defendants Menu Foods Income Fund, Menu Foods Inc, Menu Foods Midwest Corporation. (car) (Entered: 08/03/2007) |
| 08/14/2007 | 11 | CONDITIOANL TRANSFER ORDER from the judicial panel on multidistrict litigation MDL-1850, transferring case to USDC District of New Jersey, assigned to the Honorable Noel L. Hillman, original file, certified copy of the transfer order and docket sheet sent by Judge Clerk of Court,, (Made JS-6. Case Terminated.)(bp) (Entered: 08/17/2007) |
| 08/17/2007 | | TRANSMITTAL of documents: Mailed certified copies of transfer order, docket sheet and transmittal letters to the USDC District of New Jersey. (bp) (Entered: 08/17/2007) |